UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 12-55556-PWB |
| ) | |
| ANNA DO, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

### MOTION TO SELL PROPERTY OF THE ESTATE
### FREE AND CLEAR OF LIENS AND ALLOWING AND AUTHORIZING
### DISBURSEMENT OF CERTAIN PROCEEDS

COMES NOW Neil C. Gordon, the Chapter 7 Trustee of the Estate of Anna Do ("Trustee") and pursuant to 11 U.S.C. §§ 363(b) and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, and through undersigned counsel, files this *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* ("Sale Motion"), other than in the ordinary course of business and shows the Court as follows:

### BACKGROUND

1. Anna Do ("Debtor") filed her Chapter 7 petition on March 2, 2012. (This was her second petition. The first petition, Case No. 11-81313, was filed under Chapter 13 on October 31, 2011, and dismissed on December 2, 2011.)

2. Trustee was appointed as the interim trustee and became the permanent trustee (the "Trustee") following the conclusion of the meeting of creditors on April 11, 2012, conducted pursuant to 11 U.S.C. § 341(a) (the "341 Meeting").

3. Trustee currently retains possession and title to (a) one Rolex Watch, (b) one pair of diamond earrings, (c) one diamond ring, (d) one Apple iPod, (e) one leather Gucci purse with storage bag, (f) one leather Chanel purse with storage bag, and (g) one Ferrigamo wallet (the

6272666v1

"Personal Property").

4.  Trustee moves for authority to sell the Personal Property through Judith Friedman and Atlanta Antique & Estate Liquidators, Inc. ("AAELI").

5.  AAELI will run an estate sale liquidation of the Personal Property of the Debtor beginning on April 8, 2014, and concluding on April 20, 2014 at 36 Brookhaven Drive, Atlanta Georgia 30318, DeKalb County, Georgia.  These dates and times are subject to change.

WHEREFORE, Trustee prays this Court:

a)  approve Trustee's proposed sale of the Personal Property, following Notice to all creditors and parties in interest of the Sale Motion, the date of the Hearing, and the deadline for any objection;

b)  approve Trustee's proposed sale of the Personal Property;

c)  Fed.R.Bankr.P.6004(g) shall not apply and any Order entered shall be effective immediately so that the Trustee may proceed instanter with the sale; and

d)  grant such other and further relief as is just and proper.

Respectfully submitted,

ARNALL GOLDEN GREGORY, LLP

By:/s/ Neil C. Gordon
NEIL C. GORDON, State Bar No. 302387
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
neil.gordon@agg.com

Attorneys for  Chapter 7 Trustee

6272666v1

## CERTIFICATE SERVICE

This is to certify that I have mailed a copy of the Trustee's *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

James P. Atwood
Suite 226
5725 Buford Highway
Atlanta, Georgia 30340

Judith Friedman
Atlanta Antique & Estate Liquidators, Inc.
6171 Dove Field Court
Norcross, GA 30092

This 10th day of March, 2014.

/s/ Neil C. Gordon
Neil C. Gordon

6272666v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-55556-PWB |
| | ) | |
| ANNA DO, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS

TO: The Debtor, United States Trustee, all Creditors and all Parties Requesting Notice Pursuant to Federal Rules of Bankruptcy Procedure 2002

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, that Neil C. Gordon, Trustee of the bankruptcy estate of Steeley H. Humphrey, Jr. (the "Trustee") has filed his *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* (the "Motion"), pursuant to 11 U.S.C. §§ 363(b). The Trustee seeks authorization for Judith Friedman and Atlanta Antiques & Estate Liquidators, Inc. to sell certain personal property of the Debtor including (a) one Rolex Watch, (b) one pair of diamond earrings, (c) one diamond ring, (d) one Apple iPod, (e) one leather Gucci purse with storage bag, (f) one leather Chanel purse with storage bag, and (g) one Ferrigamo wallet at an estate sale liquidation beginning on April 8, 2014, and concluding on April 20, 2014 at 36 Brookhaven Drive, Atlanta Georgia 30318, DeKalb County, Georgia. The Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1401 Richard B. Russell Building, 75 Spring Street, S.W., Atlanta, Georgia at 30303, at 10:00 a.m. on April 8, 2014.**

The Trustee believes that the proposed sale is in the best interest of the bankruptcy estate because it avoids delay and uncertainty of an auction or other public sale and provides for the expeditious liquidation of an asset that must be sold and will generate a net return to the estate of no less than could otherwise be obtained by the Trustee.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with

6272666v1

the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 10, 2014

ARNALL GOLDEN GREGORY LLP
/s/ Neil C. Gordon
Neil C. Gordon, GA Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404-873-8500
Fax: 404-873-8501
E-Mail: neil.gordon@agg.com
Attorneys for Chapter 7 Trustee

**Certificate Service**

I, Neil C. Gordon, certify that I am over the age of 18 and that on March 10, 2014, I served a copy of this Notice of Hearing by first class U.S. Mail, with adequate postage prepaid, to the following persons or entities at the addresses stated below and on Exhibit "A," attached:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA  30303

James P. Atwood
Suite 226
5725 Buford Highway
Atlanta, Georgia 30340

Judith Friedman
Atlanta Antique & Estate Liquidators, Inc.
6171 Dove Field Court
Norcross, GA 30092

This 10th day of March, 2014.

/s/ Neil C. Gordon
Neil C. Gordon

6272666v1

```
Label Matrix for local noticing          American Express                         American Express Bank FSB
113E-1                                    P.O. Box 981535                          c/o Becket and Lee LLP
Case 12-55556-pwb                         El Paso, TX 79998-1535                   POB 3001
Northern District of Georgia                                                       Malvern, PA 19355-0701
Atlanta
Mon Mar 10 13:46:16 EDT 2014

Arnall Golden Gregory LLP                 Atlanta Antique & Estate Liquidators, Inc.   James P. Atwood
171 17th Street, N.W.                     Judith Friedman                          Suite 226
Suite 2100                                6171 Dove Field Court                    5725 Buford Hwy.
Atlanta, GA 30363-1031                    Norcross, GA 30092-1309                  Atlanta, GA 30340-1232


Bank of America                           (p)BANK OF AMERICA                       Bank of America Home Loans
P.O. Box 15168                            PO BOX 982238                            450 American Street
Wilmington, DE 19850-5168                 EL PASO TX 79998-2238                    Simi Valley, CA 93065-6285


Bloomingdale's                            Capital One                              Capital One Bank (USA), N.A.
P.O. Box 8053                             P.O. Box 30285                           PO Box 71083
Mason, OH 45040-8053                      Salt Lake City, UT 84130-0285            Charlotte, NC  28272-1083


Capital One, N.A.                         Capital Recovery V, LLC                  Chase
c/o Bass & Associates, P.C.               c/o Recovery Management Systems Corporat P.O. Box 15153
3936 E. Ft. Lowell Road, Suite #200       25 SE 2nd Avenue Suite 1120              Wilmington, DE 19886-5153
Tucson, AZ 85712-1083                     Miami, FL 33131-1605


Chase                                     Anna Do                                  FIA CARD SERVICES, N.A.
P.O. Box 15298                            969 Laurel Ct                            4161 Piedmont Parkway
Wilmington, DE 19850-5298                 Lake City, GA 30260-3422                 NC4 105 03 14
                                                                                   Greensboro, NC 27410


GE Capital Retail Bank                    Gap                                      Neil C. Gordon
c/o Recovery Management Systems Corp      P.O. Box 103104                          Arnall Golden Gregory LLP
25 S.E. 2nd Avenue, Suite 1120            Roswell, GA 30076-9104                   Suite 2100
Miami, Florida 33131-1605                                                          171 17th Street, NW
                                                                                   Atlanta, GA 30363-1031


Neil C. Gordon                            HSBC c/o Neiman Marcus                   HSBC/Best Buy
Arnall, Golden & Gregory, LLP             P.O. Box 5235                            1405 Foulk Rd.
Suite 2100                                Carol Stream, IL 60197-5235              Wilmington, DE 19803-2769
171 17th Street, NW
Atlanta, GA 30363-1031


HSBC/Best Buy                             Jared                                    Macy's
P.O. Box 5238                             P.O. Box 3680                            P.O. Box 8053
Carol Stream, IL 60197-5238               Akron, OH 44309-3680                     Mason, OH 45040-8053


Marcus Phan                               Martin P. Ochs                           Office of the United States Trustee
6195 Green Wing Way                       Office of the U. S. Trustee              362 Richard Russell Building
Morrow, GA 30260-1568                     362 Richard Russell Federal Bldg.        75 Spring Street, SW
                                          75 Spring Street, SW                     Atlanta, GA 30303-3315
                                          Atlanta, GA 30303-3330
```



| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery Management Systems Corporation<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Saks Fifth Avenue<br>P.O. Box 5224<br>Carol Stream, IL 60197-5224 | Sam's Club<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | Sterling Incrorrated<br>375 Ghent Rd.<br>Fairlawn, OH 44333-4600 |
| Sterling Jewelers Inc<br>dba Jared the Galleria of Jewelry<br>PO Box 1799<br>Akron, OH 44309-1799 | The Limited<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Vitoria Secret<br>P.O. Box 182789<br>Columbus, Oh 43218-2789 |
| Gilbert B. Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd.<br>P. O. Box 3001<br>Malvern, PA 19355-0701 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (d)American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (d)American Express Bank, FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355 0701 |
| (d)Neil C. Gordon<br>Arnall, Golden & Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363-1031 | End of Label Matrix<br>Mailable recipients     41<br>Bypassed recipients      4<br>Total                   45 | |